**Ford ALEXANDER, Appellant, v. UNITED STATES of America, Appellee.**

No. 8188.

Circuit Court of Appeals, Ninth Circuit.
Aug. 3, 1936.

George Bouchard, of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal.

990

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered, and the mandate of this court issued forthwith.